UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Steven H Mader,
Heather R Mader,

DEBTORS.
_____/

CHAPTER 13
CASE NO. 10-48186-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. Class 5 of the debtors' Chapter 13 Plan provides for the repayment of the debtors' 401k loans directly by the debtors, however, the debtors have failed to disclose these secured obligations on the debtors' Schedule D. Accordingly, the Trustee requests that the debtors amend Schedule D to correct these omissions so that the Chapter 13 Plan complies with 11 U.S.C. Section 1325.

2. The debtors' Plan fails to provide that all of the debtors' projected disposable income be utilized to fund the Plan. Specifically, the debtors' Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. Section 1325(a)(3) and/or 11 U.S.C. Section 1325(b):

   a. Water and Sewer - $100.00. The Trustee requests that the debtors provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expense.

   b. Food - $1,200.00 plus School lunches of $50.00 for a total of $1,250.00.

   c. Transportation - $400.00 plus vehicle maintenance of $170.00 for a total of $570.00. The Trustee requests that the debtors provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

   d. Cell Phones (5) - $185.00.

   e. Recreation, clubs and entertainment, newspapers, magazines, etc. - $200.00.

   f. Childrens' school/extracurriculars - $70.00.

   g. Personal Care - $165.00.

3. The Plan fails to increase its funding upon the termination of the obligation to Capital One in contravention of 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

**WHEREFORE,** the Chapter 13 Standing Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

                                        OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                                        David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: May 7, 2010              /s/ Lisa K. Mullen
                                        DAVID WM. RUSKIN (P26803)
                                        LISA K. MULLEN (P55478)
                                        THOMAS D. DECARLO (P65330)
                                        1100 Travelers Tower
                                        26555 Evergreen Road
                                        Southfield, MI 48076-4251
                                        Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

Steven H Mader,
Heather R Mader,
       DEBTORS.
_____/

CHAPTER 13
CASE NO. 10-48186-PJS
JUDGE PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on May 7, 2010, I electronically filed the **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

  MARRS & TERRY PLLC
  6553 JACKSON RD
  ANN ARBOR, MI 48103-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

  Steven H Mader
  Heather R Mader
  2350 PLEASANTVIEW
  ROCHESTER, MI 48306-0000

     _____/s/ Allison T. Greenlee_____
     Allison T. Greenlee
     For the Office of the Chapter 13 Standing Trustee-Detroit
     1100 Travelers Tower
     26555 Evergreen Road
     Southfield, MI 48076-4251
     (248) 352-7755